**Ruben Rangel Rangel CASTANEDA, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–75993.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 3, 2007.*

Filed Dec. 10, 2007.

Ruben Rangel Rangel Castaneda, Los Angeles, CA, pro se.

CAS–District Counsel, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Le-Fevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Jennifer L. Lightbody, Esq., Mark C. Walters, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Ruben Castaneda, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order adopting and affirming an immigration judge's ("IJ") decision finding him removable under 8 U.S.C. § 1227(a)(1)(E)(i) for alien smuggling. We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of due process violations. *Ram v. INS,* 243 F.3d 510, 516 (9th Cir.2001). We deny the petition for review.

Contrary to Castaneda's contention, the IJ did not violate his right to due process by admitting the government-prepared forms where Castanenda did not provide credible evidence casting doubt on their reliability. *See Espinoza v. INS,* 45 F.3d 308, 310 (9th Cir.1995) (holding that a government-prepared form is admissible where alien produces no probative evidence casting doubt on its reliability). Likewise, Castaneda's inability to cross-examine the border patrol agent does not constitute a due process violation because Castaneda provided no credible evidence against which the content of the forms could be weighed. *Id.* at 311.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).